NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CERF SPV I, LLC,

    Plaintiff,

v.

CHEROKEE INVESTMENT PARTNERS III, L.P., et al.,

    Defendants.

No. CV 11-80272 MISC RS (NJV)

**ORDER REQUIRING IN PERSON MEET AND CONFER RE: PENDING DISCOVERY DISPUTE**

(Docket No. 1)

The district court has referred all discovery matters in this case to the undersigned, including the motion to quash subpoenas filed by non-parties Zeneca, Inc. ("Zeneca") and Cherokee Simeon Venture I, LLC ("CSV"). *See* Doc. Nos. 1, 5. The Court has reviewed the briefs and orders counsel for plaintiff CERF SPV I, LLC ("CERF"), Zeneca, and CSV to engage in an in-person meet and confer on or before December 8, 2011 regarding the pending discovery dispute. *See* Standing Order, ¶ 12. Counsel for CERF shall travel from Sacramento to San Francisco to participate in this meet and confer unless the participants agree otherwise. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and the pending discovery dispute, including but not limited to the non-parties' assertions of burden and privilege, the scope of any electronic discovery (search terms, cost-shifting, time-line, etc.), efforts to identify documents that can be or already have been obtained from other sources, etc.

Within three court days of completing the in-person meet and confer, counsel shall file a single joint letter to the Court informing the Court of the status of the in-person meet and confer. If the participants are unable to resolve their discovery disputes after the in-person meet and confer, the single joint letter to the Court should succinctly set forth their positions on each disputed issue. The joint letter shall not exceed five pages in length.

In order to accommodate these further efforts to meet and confer, the hearing scheduled for December 16, 2011 is continued until December 20, 2011 at 9:00 a.m. in Courtroom 17, 450 Golden Gate Avenue, San Francisco, California.

Counsel for CERF, Zeneca and CSV are ordered to review and follow this Court's Standing Order, which is available on the Northern District's website.

**IT IS SO ORDERED.**

Dated: November 30, 2011

NANDOR J. VADAS
United States Magistrate Judge

2