NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CERF SPV I, LLC,

        Plaintiff,

  v.

CHEROKEE INVESTMENT
PARTNERS III, L.P., et al.,

        Defendants.

No. CV 11-80272 MISC RS (NJV)

**ORDER EXTENDING DEADLINE FOR FILING JOINT LETTER**

(Docket No. 11)

Pursuant to this Court's order of November 30, 2011, the parties have met and conferred in person to resolve their discovery dispute and report that they hope to finalize an agreement resolving their dispute shortly. Doc. No. 11. In light of these developments, the Court grants the parties' request, and extends the deadline for filing their joint letter until December 16, 2011.

**IT IS SO ORDERED.**

Dated: December 12, 2011

NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California